Form 253 (08/07)

# United States Bankruptcy Court
## Eastern District Of Virginia
### _____Alexandria_____ Division

In re   Blue Rain LLC

Debtor(s)*

Address: 44081 Pipeline Plaza, Suite 320
Ashburn, VA 20147

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): _____
Employer Tax-Identification (EIN) No(s).(if any):
30-0506333

Case No. 15-10054-RGM

Chapter  11

## ORDER FOR RELIEF UNDER CHAPTER 11

On consideration of the petition filed on _____January 8, 2015_____ against the above-named debtor, an order for relief under chapter 11 of the Bankruptcy Code (Title 11 of the United States Code) is granted.

Date: Feb 18 2015

/s/ Robert G. Mayer
**United States Bankruptcy Judge**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: February 18, 2015

---

* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.