## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

IN RE:

**BLUE RAIN LLC**                                    Case No.  **15-10054-RGM**
                                                     Chapter   7

*Debtor(s)*

### NOTICE of SATISFACTION of CLAIM

The COUNTY of LOUDOUN, VIRGINIA ("the County"), gives notice that the taxes for which the County's Proof of Claim was filed (Claim **#2),** have been paid in full, and hereby withdraws its Claim.

                      H. ROGER ZURN, JR., Treasurer
                      COUNTY of LOUDOUN

By:    /s/ Cindy Hamilton _____
       Deputy Treasurer-Loudoun County
       P. O. Box 347 (MSC#31)
       Leesburg, VA.  20178-0347
       Telephone:  (703) 771-5656
       Facsimile:    (703) 771-5015
       *E-mail:  bankrupt@loudoun.gov*

### CERTIFICATE OF SERVICE

I certify that on <u>November 18, 2015</u>  a copy of the foregoing NOTICE of SATISFACTION of CLAIM was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

Blue Rain, LLC
44081 Pipeline Plaza, Suite 320
Ashburn, Virginia 20147
*PRO SE*

Jack Frankel
jack.i.frankel@usdoj.gov
*Counsel for U.S. Trustee*

H. Jason Gold
jason.gold@nelsonmullins.com
*Chapter 7 Trustee*

                      /s/ Cindy Hamilton _____